# United States District Court
# Central District of California

| | |
|---|---|
| ALFREDO ONG TAN; PAZ ONG TAN; KENRIC NG; IRENE NG; and K.N., a minor by and through her guardian ad litem, IRENE NG,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA; and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:14-cv-08625-ODW(PJWx)<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT** |

///
///
///

In light of the parties' settlement (ECF No. 36), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than February 26, 2016**, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

January 25, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**